JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALMAZ KUDABEK UULU,

        Petitioner,

    v.

WARDEN, Adelanto ICE Processing Center et al.,

        Respondents.

Case No. 5:26-cv-01491 ADS

**JUDGMENT**

1

It is hereby Ordered that the First Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 19) and the relief requested therein is granted and judgment is entered accordingly.

Respondents are ordered to:

- Immediately release Petitioner Almaz Kudabek Uulu (A # 241-409-264) from their custody and return all of his property, including all identification documents and immigration documentation. Respondents furthermore shall not impose any release restrictions (e.g., electronic monitoring) on Petitioner that were not in place prior to Petitioner's re-detention; and

- Refrain from re-detaining Petitioner without prior notice and a prompt hearing before a neutral arbiter, where the government will bear the burden of proving, by clear and convincing evidence, that Petitioner is presently a flight risk or danger to others to such a degree that civil detention is warranted, and that there is no combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any person in the community Respondents allege may be endangered by Petitioner's release.

DATED:  July 2, 2026                          By      /s/ Autumn D. Spaeth

                                                      HON. AUTUMN D. SPAETH
                                                      United States Magistrate Judge

2